OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

**10/28/2015**
**PETERS, MICHAEL GEOFFREY   Tr. Ct. No. 14-07-08207-CR(1)  WR-83,660-02**
The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the application is not on the prescribed form per art. 11.07. No form has been used.

Abel Acosta, Clerk

**RETURN TO SENDER**
( ) CELL & PIN # REQUIRED
(✓) NO LONGER AT THIS ADDRESS
( ) UNAUTHORIZED MATERIAL
( ) NO GREETING CARDS

MICHAEL GEOFFREY PETERS
MONTGOMERY COUNTY JAIL
CRIMINAL JUSTICE DR.
CONROE, TX 77301

U T F

N3B  77301